IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYHEEM TYEON DOWDY | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 07-1160 |
| | : | |
| EDWARD KLEM, et al. | : | |

## ORDER

**Juan R. Sánchez, J.**                                                                               September 10, 2007

And now, this 10th day of September, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation[1] of United States Magistrate Judge Arnold C. Rapoport, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Petitioner Jayheem Tyeon Dowdy's petition for reinstatement of issue and a stay is GRANTED;

3. Dowdy's petition for a writ of *habeas corpus* will be held in abeyance pending exhaustion of state court remedies;[2] and

4. This case shall be placed on the civil suspense docket.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] No objections to the Report and Recommendation were filed.

[2] Dowdy's petition raises two grounds for relief. The second stated ground for relief is currently pending in the Pennsylvania Superior Court.