IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAYHEEM TYEON DOWDY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 07-1160 |
| | : | |
| LOUIS FOLINO, et al. | : | |

## ORDER

AND NOW, this 2nd day of August, 2013, upon careful and independent consideration of Petitioner Jayheem Tyeon Dowdy's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED;

3. Dowdy's request for an evidentiary hearing is DENIED; and

4. There is no basis for the issuance of a certificate of appealability.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was entered and mailed to the parties on June 20, 2013. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.